```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                     CASE NO. 1:11-cv-22112-UU
```

LIME FRESH MEXICAN GRILL, INC.,           )
a Florida corporation,                    )
                                          )
            Plaintiff,                    )
                                          )
    vs.                                   )
                                          )
THE LIME TRUCK, LLC,                      )
a California limited liability company;   )
JASON QUINN, an individual; and           )
DANIEL SHEMTOB, an individual,            )
                                          )
            Defendants.                   )
_____)

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER SETTING INITIAL PLANNING AND SCHEDULING CONFERENCE AND FOR AN ADJOURNMENT OF THE INITIAL PLANNING AND SCHEDULING CONFERENCE**

Plaintiff, LIME FRESH MEXICAN GRILL, INC., ("Plaintiff"), by and through undersigned counsel and for good cause shown below, hereby moves for an extension of time, through and including, September 12, 2011, to comply with the Court's Order Setting Initial Planning and Scheduling Conference (DE # 4) and for an adjournment of the Initial Planning and Scheduling Conference scheduled for August 26, 2011. As grounds thereof, Plaintiff states as follows:

1. Subsequent to the filing of the Complaint in this matter, the parties have been engaged in settlement discussions in an effort to amicably resolve this matter. Plaintiff has recently sent Defendants a draft settlement agreement and is

1

waiting for Defendants' comments to same. Plaintiff remains optimistic that the parties will be able to resolve this matter. Due to the parties' pending settlement discussions, Plaintiff has not formally served the Complaint on any of the Defendants. The time for service pursuant to Fed.R.Civ.P. 4(m) has not yet expired, in that service must be affected by September 8, 2011.

2.   On June 17, 2011, the Court entered an Order Setting Initial Planning and Scheduling Conference (the "Court's Order") which Plaintiff is required to provide to counsel of record or any unrepresented parties that have appeared in the case[1]. Pursuant to the Court's Order, the parties are required to serve and file a Joint Planning and Scheduling Report and a proposed Scheduling Order by August 12, 2011 and attend an Initial Planning and Scheduling Conference on August 26, 2011.

3.   It is respectfully suggested that the preparation and filing of a Joint Planning and Scheduling Report and proposed Scheduling Order and attendance at an Initial Planning and Scheduling Conference at this time is premature, given the parties' settlement discussions and there having been no appearance by any of the Defendants or their counsel in this matter.

---

[1] Although none of the Defendants or their counsel has appeared in this case, Plaintiff's counsel has forwarded the Court's Order to Bob Quinn, counsel for Defendants, The Lime Truck, LLC and Jason Quinn who has been involved in the settlement discussions, and asked that he forward it to Defendant Shemtob or his counsel.

4. Accordingly, in the event a settlement cannot be reached in the next few weeks, Plaintiff will undertake to serve Defendants prior to the September 8, 2011 deadline and requests an extension of time, through and including, September 12, 2011, for the parties to comply with the Court's Order and for the Initial Planning and Scheduling Conference to be rescheduled. Pursuant to the liberal standards set forth in Fed.R.Civ.P. 6(b), good cause exists for the extension of time sought herein.

WHEREFORE, Plaintiff requests an extension of time, through and including September 12, 2011, to comply with the Court's Order Setting Initial Planning and Scheduling Conference and for an adjournment of the Planning and Scheduling Conference and such further relief the Court deems just and proper.

Dated: August 11, 2011                    Respectfully submitted,

                                     By:  s/Meredith Frank Mendez
                                          John Cyril Malloy, III
                                          Florida Bar No. 964,220
                                          jcmalloy@malloylaw.com
                                          Peter Matos
                                          Florida Bar No. 992,879
                                          pmatos@malloylaw.com
                                          Meredith Frank Mendez
                                          Florida Bar No. 502,235
                                          mmendez@malloylaw.com
                                          MALLOY & MALLOY, P.A.
                                          2800 S.W. Third Avenue
                                          Miami, Florida  33129
                                          Telephone (305) 858-8000
                                          Facsimile (305) 858-0008

                                          Attorneys for Plaintiff

3

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served by U.S. Mail and E-Mail on August 11, 2011 on all counsel or parties of record on the Service List below.

                              By:   s/Meredith Frank Mendez
                                       Meredith Frank Mendez

**SERVICE LIST**

Robert G. Quinn, Esq.
bob@quinnlaw.biz
Quinn & Quinn
18665 Via Torino
Irvine, CA  92603
Telephone: (949) 725-0110
Facsimile: (949) 725-0113

Counsel for Defendants,
The Lime Truck, LLC and Jason Quinn