UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:11-cv-22112-UU

LIME FRESH MEXICAN GRILL, INC.,
Plaintiff,

vs.

THE LIME TRUCK, LLC,
JASON QUINN,
DANIEL SHEMTOB,

Defendants.
_____/

**ORDER ON MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court upon Defendants' Motion for Extension of Time to Respond to the Complaint.  (D.E. 6.)

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises.  In their motion, Plaintiff states that it has been negotiating settlement with Defendants, and thus has failed to serve Defendants.  Plaintiff requests that the Court allow it time to serve Defendants, extend the time for filing the Joint Planning and Scheduling Report, and continue the August 26, 2011 scheduling conference.   It is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion (D.E. 6) is DENIED:

(1) Plaintiff SHALL file on the record return of executed service upon all Defendants, or a notice of dismissal, on or before August 16, 2011 at 12:00 p.m.  <u>Failure to comply will result in immediate dismissal of this action without notice.</u>

(2) Plaintiff SHALL file on the record the Joint Planning & Scheduling Report, or a notice of dismissal, on or before August 17, 2011 at 12:00 p.m.  <u>Failure to comply will result in immediate dismissal of this action without notice.</u>

(3) Defendants SHALL file responsive pleadings on or before August 19, 2011.  <u>Failure to comply will result in a Clerk's default being entered against Defendants.</u>

DONE AND ORDERED in Chambers, Miami, Florida, this 15th day of August, 2011.

/s/ Ursula Ungaro
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record